IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA B. SHUKRY,

      Petitioner,                      No. 2: 10-cv-2724 WBS DAD P

    vs.

WALTER MILLER,

      Respondent.                ORDER

_____/

        Petitioner is a state prisoner and is proceeding with a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On July 28, 2011, the petition was dismissed as time-barred under the one-year statute of limitations in 28 U.S.C. § 2244(d). In the order dismissing this action the court also declined to issue a certificate of appealability. (See Dkt. No. 21 at p. 2.) Thereafter, petitioner filed a notice of appeal (See Dkt. No. 23.) along with a motion for a certificate of appealability. (See Dkt. No. 26.) Petitioner's request for a certificate of appealability has since been denied by the United States Court of Appeals for the Ninth Circuit. (See Dkt. No. 29.)

/////

/////

/////

1

Accordingly, for the reasons discussed in the June 14, 2011 findings and recommendations as well as the denial of a certificate of appealability in this court's July 28, 2011 order and the recent denial of petitioner's request for a certificate of appealability by the Ninth Circuit, IT IS HEREBY ORDERED that the motion for a certificate of appealability (Dkt. No. 26) is DENIED.

DATED:  September 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE